**Order filed June 24, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00143-CV
_____

### RUHUL AMIN PARVEZ AHMED, Appellant

### V.

### KHALEDA PARVIN, Appellee

---

**On Appeal from the 505th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-264584**

---

## ORDER

This appeal is from an order signed March 8, 2021 by the district judge denying a de novo hearing of the order signed February 8, 2021 by the associate judge denying appellant's December 9, 2020 and/or January 12, 2021 motion to set aside the "default judgment" based on no notice of the October 1, 2020 trial setting. A final divorce decree was signed on December 15, 2020. Appellant filed a notice of appeal on March 15, 2021. Appellant filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in the trial court. "A party who files a

Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145. Accordingly, Appellant is hereby deemed indigent for purposes of this appeal.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.